1   CHRISTOPHER J. HICKS
    Washoe County District Attorney
2   MICHAEL W. LARGE
    Deputy District Attorney
3   Nevada State Bar Number 10119
    One South Sierra Street
4   Reno, NV 89501
    mlarge@da.washoecounty.us
5   (775) 337-5700
    ATTORNEYS FOR DEFENDANT
6   WASHOE COUNTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN FINNEGAN | |
| Plaintiff, | Case No. 3:17-cv-00002-MMD-WGC |
| vs. | **STIPULATION OF DISMISSAL** |
| WASHOE COUNTY, a political subdivision of the State of Nevada; and DOES I-X, | |
| Defendants. | |

Plaintiff, JOHN FINNEGAN and Defendant WASHOE COUNTY and hereby stipulate to the dismissal of this action in its entirety, and all claims against all Defendant, with prejudice, pursuant to FRCP 41(a). Attached hereto as Exhibit 1 is an Order of Dismissal.

Dated this 15th day of February, 2019.      Dated this 15th day of February, 2019.

CHRISTOPHER J. HICKS
District Attorney

By   /s/ Michael W. Large              /s/ Mark Mausert
    MICHAEL W. LARGE                   Mark Mausert
    Deputy District Attorney                Law Office of Mark Mausert
    One South Sierra Street                 930 Evans Avenue
    Reno, NV 89501                          Reno, NV 89512
    mlarge@da.washoecounty.us         775-786-5477
    (775) 337-5700                            Fax: 775-786-9658
ATTORNEYS FOR WASHOE COUNTY

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

Mark Mausert, Esquire

Dated this 15th day of February, 2019.

/s/ C. Theumer
C. Theumer

EXHIBIT INDEX

EXHIBIT 1    "Proposed" Order of Dismissal

# EXHIBIT 1 - ORDER OF DISMISSAL

EXHIBIT 1

CHRISTOPHER J. HICKS
Washoe County District Attorney
MICHAEL W. LARGE
Deputy District Attorney
Nevada State Bar Number 10119
One South Sierra Street
Reno, NV 89501
mlarge@da.washoecounty.us
(775) 337-5700
ATTORNEYS FOR DEFENDANT
WASHOE COUNTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOHN FINNEGAN | |
| Plaintiff, | Case No. 3:17-cv-00002-MMD-WGC |
| vs. | **ORDER OF DISMISSAL** |
| WASHOE COUNTY, a political subdivision of the State of Nevada; and DOES I-X, | |
| Defendants. | |

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice pursuant to FRCP 41(a).

DATED this 19th day of February, 2019.

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

-1-